1  JAMES J. HOCKEL (SBN 340612)
   jhockel@maynardnexsen.com
2  MAYNARD NEXSEN LLP
   Two Embarcadero Center, Ste. 1450
3  San Francisco, CA 94111
   Telephone:  415.704.7433
4  Facsimile:   205.254.1999

5  Attorney for Defendant
   Protective Life Insurance Company
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

| 11 MILAD ISKANDER, | Case No. 2:25-cv-01150-DJC-CKD |
|---|---|
| 12          Plaintiff, | |
| 13     v. | **STIPULATION AND ORDER REGARDING AMENDED COMPLAINT, RESPONSIVE PLEADING DEADLINE** |
| 14 PROTECTIVE LIFE INSURANCE COMPANY and DOES 1 through 10, | |
| 15 | |
| 16          Defendants. | Complaint filed: March 17, 2025 |

-1-

## **STIPULATION**

Plaintiff Milad Iskander and Defendant Protective Life Insurance Company ("Protective"), by and through their undersigned counsel, hereby stipulate and agree as follows:

Whereas, on March 17, 2025, Plaintiff filed the above-captioned action in the Superior Court of the State of California for the County of Solano under Case No. CU25-02464.

Whereas, on March 20, 2025, Protective was served with a copy of the Complaint and the Summons issued by the state court.

Whereas, on April 18, 2025, Protective filed a Notice of Removal in this court, removing this action from state court to federal court.

Whereas, pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, Protective's deadline to file a responsive pleading is April 25, 2025.

Whereas, on April 21, 2025, this matter was assigned to the Honorable Daniel J. Calabretta and the parties were provided with a copy of Judge Calabretta's Standing Order.

Whereas, on April 22, 2025, counsel for Protective, acting pursuant to Judge Calabretta's Standing Order I.C., sent a meet and confer letter to counsel for Plaintiff informing Plaintiff that Protective intends to file a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, explaining the bases for the forthcoming motion, and inviting further meet and confer communications.

Whereas, following further meet and confer communications, counsel for Plaintiff informed counsel for Protective that Plaintiff would prefer to amend the Complaint rather than engage in motion practice.

NOW, THEREFORE, Plaintiff and Protective hereby stipulate and agree as follows:

1. Plaintiff shall file an amended complaint on or before May 16, 2025.

2. Protective shall file a responsive pleading to the amended complaint on or before May 30, 2025.

3. Protective has no obligation to file a responsive pleading to the original Complaint and shall not be deemed defaulted by its failure to file a responsive pleading within the deadline imposed by Rule 81(c)(2).

Dated: April 24, 2025                               MAYNARD NEXSEN LLP

                                                    By:   /s/ James J. Hockel
                                                          JAMES J. HOCKEL
                                                          Attorney for Defendant
                                                          Protective Life Insurance Company

Dated: April 24, 2025                               LAW OFFICE OF NICHOLAS R. WEBB

                                                    By:   /s/ Bryan R. Smith
                                                          (as authorized on April 24, 2025)
                                                          NICHOLAS R. WEBB
                                                          BRYAN R. SMITH
                                                          Attorneys for Plaintiff
                                                          Milad Iskander

**IT IS SO ORDERED.**

Dated: April 25, 2025                               /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE